**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  FEB 1 3 2019  ★

BROOKLYN OFFICE

---

CHRISTOPHER TABICK, *on behalf of himself and all other similarly situated consumers,*

Plaintiff,

-against-

REAL TIME RESOLUTIONS, INC.

Defendant.

No. 17-CV-6227 (LDH) (ST)

**STIPULATION OF SETTLEMENT AND DISMISSAL**

---

**IT IS HEREBY** agreed and stipulated between Plaintiff Christopher Tabick and Defendant Real Time Resolutions, Inc., that the above-referenced matter be and hereby is dismissed between the parties, without prejudice, and without attorneys' fees or costs to either party, for the parties to attempt to resolve the matter.

This dismissal is subject to the right of either party, within sixty (60) days, to reopen the action if a settlement is not consummated. In the event that no request is made for reinstatement within sixty (60) days of the date of this Order, the dismissal of this case shall thereafter be with prejudice.

Dated: New York, New York
February 8, 2019

Respectfully submitted,

**ADAM J. FISHBEIN, P.C.**

By: */s/ Adam J. Fishbein*
Adam J. Fishbein
735 Central Avenue
Woodmere, New York 11598

*Attorneys for Plaintiff*

**REED SMITH LLP**

By: */s/ Geoffrey G. Young*
Geoffrey G. Young
599 Lexington Avenue
New York, NY 10022

*Attorneys for Defendant*

**SO ORDERED:**

_12th_ day of ~~February~~, 2019.

s/ LDH